No. 96–1451.  COLLAGEN CORP. *v.* GREEN ET AL.  Sup. Ct. Pa. Certiorari denied.

No. 96–1455.  SACULLA *v.* WISCONSIN MEDICAL EXAMINING BOARD ET AL.  Ct. App. Wis.  Certiorari denied.

No. 96–1457.  HACKLANDER-READY *v.* WISCONSIN EX REL. SPRAGUE ET AL.  Ct. App. Wis.  Certiorari denied.

No. 96–1458.  VERDIN ET AL. *v.* LOUISIANA LAND & EXPLORATION CO.  Ct. App. La., 1st Cir.  Certiorari denied.

No. 96–1460.  WJM REALTY, INC. *v.* STATE ROADS COMMISSION OF THE MARYLAND HIGHWAY ADMINISTRATION.  Ct. Sp. App. Md.  Certiorari denied.

No. 96–1467.  ADMINISTRACION NACIONAL DE TELECOMUNICACIONES (ANTEL) *v.* NEW VALLEY CORP.  C. A. 3d Cir.  Certiorari denied.

No. 96–1474.  MASTAW *v.* NORFOLK & WESTERN RAILWAY CO. Cir. Ct. Roanoke County, Va.  Certiorari denied.

No. 96–1484.  FJETLAND ET AL. *v.* LONE STAR NORTHWEST ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 96–1502.  STANESCU ET UX. *v.* AETNA LIFE & CASUALTY INSURANCE CO.  C. A. 2d Cir.  Certiorari denied.

No. 96–1509.  D'AMBROSIO *v.* SHOPPERS FOOD WAREHOUSE. Sup. Ct. Va.  Certiorari denied.

No. 96–1536.  SALTARIS *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 96–1540.  KENNEDY *v.* UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 96–1549.  SAUNDERS *v.* UNITED STATES ET AL.  C. A. D. C. Cir.  Certiorari denied.